H. H. Buckman, Appellant, v. Little Bros. Fertilizer and
Phosphate Co. *et al.,* Appellees.

Division A.

Appeal from Circuit Court, Duval county; Rhydon
M. Call, Judge.

H. H. Buckman for appellant.

Wm. B. Young for appellees.        .

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*